**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SYLVESTER WORTHAM                                    PLAINTIFF

VS.          CASE NO. 3:11-CV-00212-BSM

BUTTERBALL INC.                                       DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 25th day of October, 20 11.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
       Deputy Clerk