## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SYLVESTER WORTHAM**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:11CV00212 BSM**

**BUTTERBALL INC.**                                                      **DEFENDANT**

### ORDER OF DISMISSAL

The parties jointly move for dismissal with prejudice due to settlement. [Doc. No.

13]. The motion is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE